**PARKWAY** Corporation

Parkway Corporation
150 North Broad Street
Philadelphia, PA 19102
215-575-4098

**Pay Statement**

| | |
|---|---|
| Period Start Date | 06/29/2026 |
| Period End Date | 07/12/2026 |
| Pay Date | 07/17/2026 |
| Document | 91522 |
| **Net Pay** | **$1,816.01** |

### Pay Details

**Ayodeji Felix Adelakun**
8041 Mars Place
Philadelphia, PA 19153
USA

| | | | |
|---|---|---|---|
| Employee Number | 004024 | Pay Group | Biweekly |
| SSN | XXY | Location | 0027PA Operations PA |
| Job | Area Manager | Property | 101 - 00101 Operation Division |
| Pay Rate | $35.8593 | GL Location | PARK - Parking & Airport Ops |
| Pay Frequency | Biweekly | | |

### Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bonus Pay | 0.000000 | $0.0000 | $0.00 | $5,290.73 |
| Car Mileage | 0.000000 | $0.0000 | $0.00 | $889.03 |
| Event Bonus Pay | 0.000000 | $0.0000 | $0.00 | $1,500.00 |
| Holiday | 8.000000 | $35.8593 | $286.87 | $1,424.65 |
| Life Ins. Tax | | | $2.44 | $36.18 |
| Long Term Disab | 0.000000 | $0.0000 | $14.36 | $214.56 |
| PaidAbsenceTime | 0.000000 | $0.0000 | $0.00 | $1,721.24 |
| Regular | 70.040000 | $35.8593 | $2,511.58 | $34,698.07 |
| Vacation Pay | 0.000000 | $0.0000 | $0.00 | $3,967.73 |

Total Hours 78.040000

### Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K + Catch Up | Yes | $139.92 | $2,430.08 | $0.00 | $0.00 |
| Dental DEN | Yes | $8.89 | $133.35 | $53.09 | $796.35 |
| HDHP with HRA | Yes | $228.79 | $3,182.19 | $885.80 | $13,549.08 |
| Life Employee | No | $4.78 | $71.70 | $0.00 | $0.00 |
| Life Ins Child | No | $1.00 | $15.00 | $0.00 | $0.00 |
| Life Ins Spouse | No | $1.87 | $28.05 | $0.00 | $0.00 |
| Life Ins. Tax | No | $2.44 | $36.18 | $0.00 | $0.00 |
| Long Term Disab | No | $14.36 | $214.56 | $0.00 | $0.00 |
| Ret Plan Loan 1 | No | $58.51 | $877.65 | $0.00 | $0.00 |
| Vision VSP | Yes | $5.63 | $84.45 | $0.00 | $0.00 |
| Life Insurance | No | $0.00 | $0.00 | $4.35 | $65.25 |
| Short Term Dis | No | $0.00 | $0.00 | $1.15 | $17.25 |

**Taxes**

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $150.30 | $3,560.03 |
| Employee Medicare | $37.29 | $659.07 |
| Social Security Employee Tax | $159.46 | $2,818.10 |
| PA State Income Tax | $78.88 | $1,394.27 |
| PHILA R | $105.15 | $1,826.81 |
| PA Unemployment Employee | $1.97 | $34.19 |

**Paid Time Off**

| Plan | Current | Balance |
|---|---|---|
| FH Home Office | 0.0000 | 16.0000 |
| PaidAbsense | 0.0000 | 2.0000 |
| VAC Home Office | 6.0028 | 51.9628 |

**Net Pay Distribution**

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx5321 | Checking | $1,816.01 |
| Total | | $1,816.01 |

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,815.25 | $2,432.02 | $533.05 | $466.19 | **$1,816.01** |
| YTD | $49,742.19 | $43,023.09 | $10,292.47 | $7,073.21 | $32,376.51 |

PARKWAY
Corporation

Parkway Corporation
150 North Broad Street
Philadelphia, PA 19102
215-575-4098

**Pay Statement**

| | |
|---|---|
| Period Start Date | 07/13/2026 |
| Period End Date | 07/26/2026 |
| Pay Date | 07/31/2026 |
| Document | 91764 |
| **Net Pay** | **$1,816.02** |

**Pay Details**

**Ayodeji Felix Adelakun**
8041 Mars Place
Philadelphia, PA 19153
USA

| | | | |
|---|---|---|---|
| Employee Number | 004024 | Pay Group | Biweekly |
| SSN | | Location | 0027PA Operations PA |
| Job | Area Manager | Property | 101 - 00101 Operation Division |
| Pay Rate | $35.8593 | GL Location | PARK - Parking & Airport Ops |
| Pay Frequency | Biweekly | | |

**Earnings**

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bonus Pay | 0.000000 | $0.0000 | $0.00 | $5,290.73 |
| Car Mileage | 0.000000 | $0.0000 | $0.00 | $889.03 |
| Event Bonus Pay | 0.000000 | $0.0000 | $0.00 | $1,500.00 |
| Holiday | 0.000000 | $0.0000 | $0.00 | $1,424.65 |
| Life Ins. Tax | | | $2.44 | $38.62 |
| Long Term Disab | 0.000000 | $0.0000 | $14.36 | $228.92 |
| PaidAbsenceTime | 0.000000 | $0.0000 | $0.00 | $1,721.24 |
| Regular | 78.040000 | $35.8593 | $2,798.46 | $37,496.53 |
| Vacation Pay | 0.000000 | $0.0000 | $0.00 | $3,967.73 |

Total Hours 78.040000

**Deductions**

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K + Catch Up | Yes | $139.92 | $2,570.00 | $0.00 | $0.00 |
| Dental DEN | Yes | $8.89 | $142.24 | $53.09 | $849.44 |
| HDHP with HRA | Yes | $228.79 | $3,410.98 | $885.80 | $14,434.88 |
| Life Employee | No | $4.78 | $76.48 | $0.00 | $0.00 |
| Life Ins Child | No | $1.00 | $16.00 | $0.00 | $0.00 |
| Life Ins Spouse | No | $1.87 | $29.92 | $0.00 | $0.00 |
| Life Ins. Tax | No | $2.44 | $38.62 | $0.00 | $0.00 |
| Long Term Disab | No | $14.36 | $228.92 | $0.00 | $0.00 |
| Ret Plan Loan 1 | No | $58.51 | $936.16 | $0.00 | $0.00 |
| Vision VSP | Yes | $5.63 | $90.08 | $0.00 | $0.00 |
| Life Insurance | No | $0.00 | $0.00 | $4.35 | $69.60 |
| Short Term Dis | No | $0.00 | $0.00 | $1.15 | $18.40 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $150.30 | $3,710.33 |
| Employee Medicare | $37.29 | $696.36 |
| Social Security Employee Tax | $159.46 | $2,977.56 |
| PA State Income Tax | $78.88 | $1,473.15 |
| PHILA R | $105.15 | $1,931.96 |
| PA Unemployment Employee | $1.97 | $36.16 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| FH Home Office | 0.0000 | 16.0000 |
| PaidAbsense | 0.0000 | 2.0000 |
| VAC Home Office | 6.0028 | 57.9656 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx5321 | Checking | $1,816.02 |
| Total | | $1,816.02 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,815.26 | $2,432.03 | $533.05 | $466.19 | **$1,816.02** |
| YTD | $52,557.45 | $45,455.12 | $10,825.52 | $7,539.40 | $34,192.53 |

PARKWAY Corporation

Parkway Corporation
150 North Broad Street
Philadelphia, PA 19102
215-575-4098

**Pay Statement**

| | |
|---|---|
| Period Start Date | 07/27/2026 |
| Period End Date | 08/09/2026 |
| Pay Date | 08/14/2026 |
| Document | 92006 |
| **Net Pay** | **$2,025.34** |

**Pay Details**

**Ayodeji Felix Adelakun**
8041 Mars Place
Philadelphia, PA 19153
USA

| | | | |
|---|---|---|---|
| Employee Number | 004024 | Pay Group | Biweekly |
| SSN | | Location | 0027PA Operations PA |
| Job | Area Manager | Property | 101 - 00101 Operation Division |
| Pay Rate | $35.8593 | GL Location | PARK - Parking & Airport Ops |
| Pay Frequency | Biweekly | | |

**Earnings**

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bonus Pay | 0.000000 | $0.0000 | $0.00 | $5,290.73 |
| Car Mileage | | | $209.33 | $1,098.36 |
| Event Bonus Pay | 0.000000 | $0.0000 | $0.00 | $1,500.00 |
| Holiday | 0.000000 | $0.0000 | $0.00 | $1,424.65 |
| Life Ins. Tax | | | $2.44 | $41.06 |
| Long Term Disab | 0.000000 | $0.0000 | $14.36 | $243.28 |
| PaidAbsenceTime | 0.000000 | $0.0000 | $0.00 | $1,721.24 |
| Regular | 78.040000 | $35.8593 | $2,798.46 | $40,294.99 |
| Vacation Pay | 0.000000 | $0.0000 | $0.00 | $3,967.73 |

Total Hours 78.040000

**Deductions**

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K + Catch Up | Yes | $139.92 | $2,709.92 | $0.00 | $0.00 |
| Dental DEN | Yes | $8.89 | $151.13 | $53.09 | $902.53 |
| HDHP with HRA | Yes | $228.79 | $3,639.77 | $885.80 | $15,320.68 |
| Life Employee | No | $4.78 | $81.26 | $0.00 | $0.00 |
| Life Ins Child | No | $1.00 | $17.00 | $0.00 | $0.00 |
| Life Ins Spouse | No | $1.87 | $31.79 | $0.00 | $0.00 |
| Life Ins. Tax | No | $2.44 | $41.06 | $0.00 | $0.00 |
| Long Term Disab | No | $14.36 | $243.28 | $0.00 | $0.00 |
| Ret Plan Loan 1 | No | $58.51 | $994.67 | $0.00 | $0.00 |
| Vision VSP | Yes | $5.63 | $95.71 | $0.00 | $0.00 |
| Life Insurance | No | $0.00 | $0.00 | $4.35 | $73.95 |
| Short Term Dis | No | $0.00 | $0.00 | $1.15 | $19.55 |

## Taxes

| Tax | Current | YTD |
| --- | --- | --- |
| Federal Income Tax | $150.30 | $3,860.63 |
| Employee Medicare | $37.30 | $733.66 |
| Social Security Employee Tax | $159.46 | $3,137.02 |
| PA State Income Tax | $78.88 | $1,552.03 |
| PHILA R | $105.15 | $2,037.11 |
| PA Unemployment Employee | $1.97 | $38.13 |

### Paid Time Off

| Plan | Current | Balance |
| --- | --- | --- |
| FH Home Office | 0.0000 | 16.0000 |
| PaidAbsense | 0.0000 | 2.0000 |
| VAC Home Office | 6.0028 | 63.9685 |

### Net Pay Distribution

| Account Number | Account Type | Amount |
| --- | --- | --- |
| xxxxxxxx5321 | Checking | $2,025.34 |
| Total | | $2,025.34 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
| --- | --- | --- | --- | --- | --- |
| Current | $3,024.59 | $2,432.03 | $533.06 | $466.19 | **$2,025.34** |
| YTD | $55,582.04 | $47,887.15 | $11,358.58 | $8,005.59 | $36,217.87 |

PARKWAY Corporation

Parkway Corporation
150 North Broad Street
Philadelphia, PA 19102
215-575-4098

**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/10/2026 |
| Period End Date | 08/23/2026 |
| Pay Date | 08/28/2026 |
| Document | 92247 |
| **Net Pay** | **$1,816.02** |

**Pay Details**

**Ayodeji Felix Adelakun**
8041 Mars Place
Philadelphia, PA 19153
USA

| | | | |
|---|---|---|---|
| Employee Number | 004024 | Pay Group | Biweekly |
| SSN | | Location | 0027PA Operations PA |
| Job | Area Manager | Property | 101 - 00101 Operation Division |
| Pay Rate | $35.8593 | GL Location | PARK - Parking & Airport Ops |
| Pay Frequency | Biweekly | | |

**Earnings**

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bonus Pay | 0.000000 | $0.0000 | $0.00 | $5,290.73 |
| Car Mileage | 0.000000 | $0.0000 | $0.00 | $1,098.36 |
| Event Bonus Pay | 0.000000 | $0.0000 | $0.00 | $1,500.00 |
| Holiday | 0.000000 | $0.0000 | $0.00 | $1,424.65 |
| Life Ins. Tax | | | $2.44 | $43.50 |
| Long Term Disab | 0.000000 | $0.0000 | $14.36 | $257.64 |
| PaidAbsenceTime | 0.000000 | $0.0000 | $0.00 | $1,721.24 |
| Regular | 78.040000 | $35.8593 | $2,798.46 | $43,093.45 |
| Vacation Pay | 0.000000 | $0.0000 | $0.00 | $3,967.73 |

**Total Hours** 78.040000

**Deductions**

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K + Catch Up | Yes | $139.92 | $2,849.84 | $0.00 | $0.00 |
| Dental DEN | Yes | $8.89 | $160.02 | $53.09 | $955.62 |
| HDHP with HRA | Yes | $228.79 | $3,868.56 | $885.80 | $16,206.48 |
| Life Employee | No | $4.78 | $86.04 | $0.00 | $0.00 |
| Life Ins Child | No | $1.00 | $18.00 | $0.00 | $0.00 |
| Life Ins Spouse | No | $1.87 | $33.66 | $0.00 | $0.00 |
| Life Ins. Tax | No | $2.44 | $43.50 | $0.00 | $0.00 |
| Long Term Disab | No | $14.36 | $257.64 | $0.00 | $0.00 |
| Ret Plan Loan 1 | No | $58.51 | $1,053.18 | $0.00 | $0.00 |
| Vision VSP | Yes | $5.63 | $101.34 | $0.00 | $0.00 |
| Life Insurance | No | $0.00 | $0.00 | $4.35 | $78.30 |
| Short Term Dis | No | $0.00 | $0.00 | $1.15 | $20.70 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $150.30 | $4,010.93 |
| Employee Medicare | $37.29 | $770.95 |
| Social Security Employee Tax | $159.46 | $3,296.48 |
| PA State Income Tax | $78.88 | $1,630.91 |
| PHILA R | $105.15 | $2,142.26 |
| PA Unemployment Employee | $1.97 | $40.10 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| FH Home Office | 0.0000 | 16.0000 |
| PaidAbsense | 0.0000 | 2.0000 |
| VAC Home Office | 6.0028 | 69.9713 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx5321 | Checking | $1,816.02 |
| Total | | $1,816.02 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,815.26 | $2,432.03 | $533.05 | $466.19 | **$1,816.02** |
| YTD | $58,397.30 | $50,319.18 | $11,891.63 | $8,471.78 | $38,033.89 |

PARKWAY
Corporation

Parkway Corporation
150 North Broad Street
Philadelphia, PA 19102
215-575-4098

**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/24/2026 |
| Period End Date | 09/06/2026 |
| Pay Date | 09/11/2026 |
| Document | 92488 |
| **Net Pay** | **$1,816.02** |

**Pay Details**

**Ayodeji Felix Adelakun**
8041 Mars Place
Philadelphia, PA 19153
USA

| | | | |
|---|---|---|---|
| Employee Number | 004024 | Pay Group | Biweekly |
| SSN | | Location | 0027PA Operations PA |
| Job | Area Manager | Property | 101 - 00101 Operation Division |
| Pay Rate | $35.8593 | GL Location | PARK - Parking & Airport Ops |
| Pay Frequency | Biweekly | | |

**Earnings**

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bonus Pay | 0.000000 | $0.0000 | $0.00 | $5,290.73 |
| Car Mileage | 0.000000 | $0.0000 | $0.00 | $1,098.36 |
| Event Bonus Pay | 0.000000 | $0.0000 | $0.00 | $1,500.00 |
| Holiday | 0.000000 | $0.0000 | $0.00 | $1,424.65 |
| Life Ins. Tax | | | $2.44 | $45.94 |
| Long Term Disab | 0.000000 | $0.0000 | $14.36 | $272.00 |
| PaidAbsenceTime | 0.000000 | $0.0000 | $0.00 | $1,721.24 |
| Regular | 78.040000 | $35.8593 | $2,798.46 | $45,891.91 |
| Vacation Pay | 0.000000 | $0.0000 | $0.00 | $3,967.73 |

Total Hours 78.040000

**Deductions**

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K + Catch Up | Yes | $139.92 | $2,989.76 | $0.00 | $0.00 |
| Dental DEN | Yes | $8.89 | $168.91 | $53.09 | $1,008.71 |
| HDHP with HRA | Yes | $228.79 | $4,097.35 | $885.80 | $17,092.28 |
| Life Employee | No | $4.78 | $90.82 | $0.00 | $0.00 |
| Life Ins Child | No | $1.00 | $19.00 | $0.00 | $0.00 |
| Life Ins Spouse | No | $1.87 | $35.53 | $0.00 | $0.00 |
| Life Ins. Tax | No | $2.44 | $45.94 | $0.00 | $0.00 |
| Long Term Disab | No | $14.36 | $272.00 | $0.00 | $0.00 |
| Ret Plan Loan 1 | No | $58.51 | $1,111.69 | $0.00 | $0.00 |
| Vision VSP | Yes | $5.63 | $106.97 | $0.00 | $0.00 |
| Life Insurance | No | $0.00 | $0.00 | $4.35 | $82.65 |
| Short Term Dis | No | $0.00 | $0.00 | $1.15 | $21.85 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $150.30 | $4,161.23 |
| Employee Medicare | $37.29 | $808.24 |
| Social Security Employee Tax | $159.46 | $3,455.94 |
| PA State Income Tax | $78.88 | $1,709.79 |
| PHILA R | $105.15 | $2,247.41 |
| PA Unemployment Employee | $1.97 | $42.07 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| FH Home Office | 0.0000 | 16.0000 |
| PaidAbsense | 0.0000 | 2.0000 |
| VAC Home Office | 6.0028 | 75.9741 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx5321 | Checking | $1,816.02 |
| Total | | $1,816.02 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,815.26 | $2,432.03 | $533.05 | $466.19 | **$1,816.02** |
| YTD | $61,212.56 | $52,751.21 | $12,424.68 | $8,937.97 | $39,849.91 |